UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-20824-CIV-MORENO**

RUBEN PAIS and SUSAN PAIS, his spouse,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

    Defendant.

_____/

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND
PLACING MATTER IN CIVIL SUSPENSE FILE**

THIS CAUSE came before the Court upon Parties' Joint Motion to Continue Trial and Motion to Continue Pretrial Deadlines **(D.E. 8),** filed on **March 19, 2021**.

Given the Plaintiff's current health, the Court finds it advisable to place the cause in civil suspense. Accordingly, it is

**ADJUDGED** that:

I. The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **June 23, 2021**, and every three months thereafter of the current status of the proceedings and when this action is ready to

proceed. When the Plaintiff has sufficiently recovered, the temporary stay will be lifted. No discovery or motions shall be permitted during the stay.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of March 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record